Adolph Maltz and Marie Maltz, Respondents, v. Westchester County Brewing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Gustav Meyer, Respondent, v. Clayton H. Wilcox, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Jacob Neiman, Respondent, v. Samuel A. Miller, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Giuseppe Elefanto, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and new trial ordered upon the ground that the defendant was an ignorant and illiterate man, unable to speak the English language, and unaware at the time that he was being tried for the offense charged against him and was unrepresented by counsel. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. William Everett, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. Robert Love, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and new trial ordered on the ground that the evidence of the complaining witness was not supported by other competent evidence as required by subdivision 5 of section 282a of the Penal Code* under which the defendant was prosecuted. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Barney Raven, Appellant.— Judgment of conviction of the County Court of Kings county

---

* Added by Laws of 1906, chap. 413; now Penal Law, § 2460, as amd. by Laws of 1910, chap. 618.— [REP.